IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:22MJ 143 |
| | ) | |
| MYLES TODD, | ) | |
| | ) | Court Date: June 22, 2022 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Misdemeanor E1610162)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 6, 2022, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MYLES TODD, did unlawfully operate a motor vehicle at a speed of twenty miles per hour or more in excess of the applicable speed limit.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-862.)

Count II (Petty E11610158)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 6, 2022, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MYLES TODD, did wrongfully drive a motor vehicle 76 miles per hour in a posted 50 mile per hour zone.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-870.)

Count III (Misdemeanor E1610159)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 6, 2022, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MYLES TODD, did willfully, knowingly and unlawfully fail to bring his vehicle to a stop after having received a visible and audible signal from a law enforcement officer and continued to operate his vehicle in willful and wanton disregard of the signal so as to endanger other property and persons.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-817.)

### Count IV (Misdemeanor E1610160)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 6, 2022, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MYLES TODD, did drive a motor vehicle after his driver's license had been revoked before the period of such suspension or revocation was terminated.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 46.2-301)

Count V (Petty E1610161)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 6, 2022, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MYLES TODD, did unlawfully, knowingly and willfully fail to stop, and remain stopped for a steady red signal.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), assimilating Virginia Code Section 46.2-833.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____

Brandon Gaskew
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: brandon.gaskew@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, a true and correct copy of the Criminal Information was mailed to the defendant at:

Myles Todd

By: _____

Brandon Gaskew
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: brandon.gaskew@usdoj.gov