Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Myles Todd                                    Docket No. 1:22-MJ-143-JFA

### Petition on Probation

COMES NOW Stanley Leigh, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Myles Todd, who was placed on supervision by the Honorable John F. Anderson, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 7th day of September, 2022, who fixed the period of supervision at six (6) months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable Date: February 28, 2023 10:00AM

**ORDER OF COURT**

Considered and ordered this 8th day of Feb, 2023 and ordered filed and made a part of the records in the above case.

_____/s/ JFA_____
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 8, 2023

**Stan Leigh** Digitally signed by Stan Leigh
Date: 2023.02.08 10:09:50 -05'00'

Stanley Leigh
U.S. Probation Officer
703-299-2359

Place Alexandria, Virginia

TO CLERK'S OFFICE

**Petition on Probation**
**Page 2**
**RE:TODD, Myles**

<u>OFFENSE</u>: Reckless Driving, in violation of Title 18, U.S.C., § assimilating VA Code § 46.2-862.

<u>SENTENCE</u>: On September 7, 2022, Mr. Todd appeared before Your Honor for sentencing on a conviction for Reckless Driving. Mr. Todd was placed on six (6) months of supervised probation with the following special conditions: 1) The defendant shall complete a driver improvement/safety course, and 2) The defendant shall pay a $250 fine and $25 special assessment fee by December 7, 2022.

<u>ADJUSTMENT TO SUPERVISION</u>: Mr. Todd resides with his mother and stepfather in Lorton, Virginia, and he is currently unemployed. A recent record check revealed no pending charges or warrants and a revoked Virginia driver's license.

<u>VIOLATIONS</u>: The following violations are submitted for the Court's consideration:

**SPECIAL CONDITION #1:**   **FAILURE TO COMPLETE A DRIVER IMPROVEMENT/SAFETY COURSE.**

**SPECIAL CONDITION #2:**   **FAILURE TO PAY THE FINE AND SPECIAL ASSESSMENT.**

On September 21, 2022, Mr. Todd was directed to enroll in the driver improvement safety program within the next thirty (30) days and the defendant failed to do so. On September 23, 2022, the defendant was instructed to enroll in the program by October 15, 2022, and he failed to do so. On October 31, 2022, the defendant was instructed to enroll in the program by November 30, 2022, and he failed to do so. On November 17, 2022, the defendant reported to the probation office and was provided a list of driver improvement courses in the Lorton and Springfield, Virginia areas. On December 5, 2022, Mr. Todd was instructed by telephone to complete a driver improvement course by February 1, 2023. On December 22, 2022, the defendant was instructed, via telephone, to pay the financial penalties and complete the driver improvement program by February 1, 2023. On January 11, 2023, Mr. Todd failed to report to the probation office as directed. On January 19, 2023, this officer spoke with the defendant at his approved residence where he was reminded to complete all court-ordered obligations by February 1, 2023. As of this writing, the defendant has failed to complete the driver improvement/safety program and he has failed to pay the fine and special assessment.

SEL/cmf